6, 1977.  John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant;  F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Before WATKINS, P. J., and JACOBS, HOFFMAN, CERCONE, PRICE, VAN der VOORT and SPAETH, JJ.

The judgment of sentence is hereby affirmed.

JACOBS, J., did not participate in the consideration or decision of this case.

429 A.2d 59

Commonwealth v. Jones, G., Appellant.

Submitted November 13, 1979.  Lewis Dadowski, Assistant Public Defender, for appellant;  Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and MONTGOMERY and LIPEZ, JJ.

Judgment of sentence affirmed.

429 A.2d 59

Commonwealth v. Jones, Appellant.

557

Submitted November 16, 1979. Louis R. Dadowski, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.

429 A.2d 59

Commonwealth v. Lopez, Appellant.

Submitted March 6, 1980. Bruce D. Foreman, for appellant; Marion E. MacIntyre, First Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and MONTGOMERY, JJ.

Order affirmed.

429 A.2d 60

Commonwealth v. Roberts, Appellant.

Petition for Allowance of Appeal Denied March 13, 1981.